# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 7053                                      Date Filed: _____

Plaintiff/Petitioner:
**SUSAN CHRISTENSEN**

vs.

Defendant/Respondent:
**MERCK & CO., INC.**

For:
Timothy M. O'Brien
LEVIN, PAPANTONIO, ET AL
P O Box 12308
Pensacola, FL  32581

Received by Thornton Process Service on the 20th day of August, 2007 at 10:00 am to be served on **NOVARTIS PHARMACEUTICALS CORPORATION C/O CORPORATION SERVICE COMPANY - REGISTERED AGENT, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, Keri L. Smith, do hereby affirm that on the **20th day of August, 2007** at **3:40 pm, I:**

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT AND DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **Gwen Butler** who is employed by and is the Authorized Agent/Employee Authorized to accept service for **Corporation Service Company** as **Registered Agent for NOVARTIS PHARMACEUTICALS CORPORATION**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

_(signature)_
Keri L. Smith
ID# 168 2nd Circuit

Thornton Process Service
3214 Samantha Drive
Cantonment, FL  32533
(850) 478-3333

Our Job Serial Number: 2007011671
Ref: 07-3429

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

SUSAN CHRISTENSEN

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

MERCK & CO., INC.

SERVED 8/20/07 @ 3:40 am/pm
Process Server Initials: KLS   I.D.# 168
Thornton Process Service
(850) 478-3333

07 CV 7053

TO: (Name and address of defendant)

NOVARTIS PHARMACEUTICALS CORPORATION
c/o CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE FL 32301

CIRCUIT CIVIL DIVISION
FILED & RECORDED
2007 AUG 14 P 3:39
ERNIE LEE MAGAHA
CLERK OF CIRCUIT COURT
ESCAMBIA COUNTY FL

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MEGHAN M. TANS
TIMOTHY M. O'BRIEN
LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, P.A.
316 S. BAYLEN STREET, SUITE 600
PENSACOLA, FL 32591

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE    AUG 07 2007

Keri L. Smith
Certified Process Server ID#168
Second Judicial Circuit Florida
Date 08-20-2007  Time 3:40 PM