UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSAN CHRISTENSEN,

                Plaintiff,

vs.

MERCK & CO., INC. and NOVARTIS
PHARMACEUTICAL CORPORATION,

                Defendants.

Civil Action No.: 1:07-cv-07053-JFK

**DEFENDANT'S DISCLOSURE STATEMENT**

---

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant, Novartis Pharmaceuticals Corporation ("NPC"), hereby discloses and certifies that, to the best of my knowledge and belief, the following is a complete list of NPC's parent corporations and publicly held companies that own 10% or more of NPC's stock:

1. Parent Companies:

    (1) Novartis Finance Corporation, a New York corporation;

    (2) Novartis Corporation, a New York corporation;

    (3) Novartis Holding, AG, a Swiss company; and

    (4) Novartis AG, a Swiss company, publically traded on the New York Stock Exchange.

2. Publicly held companies owning more than 10% of NPC stock:

    (1) Novartis AG indirectly owns a 100% interest in NPC.

Dated: September 10, 2007                    Respectfully submitted,

s/ Ethan D. Stein
Ethan D. Stein (ES-7130)
Diane E. Lifton (DL-9673)
GIBBONS P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701
Phone: 212-613-2000
Fax: 212-333-5980
*Counsel for Defendant Novartis*
*Pharmaceuticals Corporation*

*Of counsel:*
Joe G. Hollingsworth
Donald W. Fowler
Katharine R. Latimer
Robert E. Johnston
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Ninth Floor
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2007, the Defendant's Disclosure Statement was filed with the Clerk of the Court and served in accordance with the Southern District's Rules on Electronic Service upon the following parties and participants:

Timothy M. O'Brien
Meghan M. Tans
Levin, Papantonio, Thomas, Mitchell,
Eschsner & Proctor, P.A.
316 South Baylen Street, Suite 600 (32502)
P.O. Box 12308
Pensacola, Florida 32591
Phone: (850) 435-7181
Fax: (850) 436-6181

I further certify that on September 10, 2007, I served a true and correct copy of the foregoing Defendant's Disclosure Statement by United States Mail, postage prepaid, on:

| | |
|---|---|
| M. King Hill, III | Theodore VanHuysen Mayer |
| Venable, Baetjer And Howard LLP | Hughes Hubbard & Reed, LLP |
| 210 Allegheny Avenue | One Battery Park Plaza |
| Towson, MD 21204 | New York, NY 10004 |
| Phone: (410) 494-6260 | Phone: (212) 837-6000 |
| Fax: (410) 821-0147 | Fax: (212) 422-4726 |

s/ Ethan D. Stein
Ethan D. Stein